UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMARR FOWLER,
   Plaintiff

V.

THE CITY OF NEW YORK
SILAS BELMORE, police officer of PSA 7
PETER BESSE, police officer of central booking
JOHN DOE 1, police lieutenant of PSA 7
JOHN DOE 2, central booking's police officer
JOHN DOE 3, central booking's police officer
JOHN DOE 4, central booking's police officer
JOHN DOE 5, central booking's police officer
JOHN DOE 6, central booking's police officer
JANE DOE 1, central booking's police sergeant
JOHN DOE 7, central booking's supervising lieutenant
DEPARTMENT of CORRECTIONS
JOHN DOE 8, INTAKE OFFICER'S
JOHN DOE 9, INTAKE correctional officer's
JOHN DOE 10, NYPD detective of the 115th precinct
JOHN DOE 11, NYPD detective of the 115th precinct
In there individuals and official capacities

A. Jurisdiction
1. This action arises under & is brought pursuant to 42 U.S.C. section 1983 to remedy the deprivation under-color of state law, of rights guaranteed by the first, fourth, eighth & fourteenth Amendments to the United States Constitution. This court has jurisdiction over this action pursuant to 28 U.S.C. sections 1331 and 1343.

[1]

B. Plaintiff

2. JAMARR FOWLER
3323 Bolchester Ave, Bronx New York 10469

3. C. Defendants
The City of New York
City of New York
Defendant is sued in there official capacity

4. Police officer Bilal Belmore, shield # 004790
Is from PSA 7 located in the Bronx
Defendant is sued in there individuals capacity

5. Police officer Peter Besse, shield # 19892
Central Booking's 215 East 161st street, Bronx N.Y.
Defendant is sued in there individuals capacity

6. John Doe. 1
Police lieutenant of PSA 7 located in the Bronx
Defendant is sued in there individuals capacity

7. John Doe. 2
Central Booking's police officer located at 215 E. 161st street BX, N.Y.
Defendant is sued in there individuals capacity

8. John Doe. 3
Central Booking's police officer located at 215 E. 161st street BX, N.Y.
Defendant is sued in there individuals capacity

|2|

9. John Doe.4
Central Booking's police officer located at 215 E.161st street BX, N.Y.
Defendant is sued in there individual capacity

10. John Doe.5
Central Booking's police officer located 215 E.161st street BX, N.Y.
Defendant is sued in there individual capacity

11. John Doe.6
Central Booking's police officer located at 215 E.161st street BX, N.Y.
Defendant is sued in there ~~[redacted]~~ individual capacity

12. John Doe.7
Central Booking's supervising Lieutenant located at 215 E.161st street BX, N.Y.
Defendant is sued in there individual capacity

13. John Doe.8
I state correctional officer from the E.M.T.C building located on Riker's island
Defendant is sued in there individual capacity

14. John Doe.9
I state correctional officer from the E.M.T.C building located on Riker's island
Defendant is sued in there individual capacity

15. John Doe.10
N.Y.P.D. detective in the 115th precinct
Defendant is sued in there individual capacity

16. John Doe.11
N.Y.P.D. detective in the 115th precinct
Defendant is sued in there individual capacity

17. JANE DOE-1
Central booking's police seargent located at 215 E. 161st street BX, N.Y. Defendant is sued in there individuals capacity

18. Department of Corrections
New York City Department of Corrections
Defendant is sued in there officials capacity

D. Previous Lawsuits

19. The plaintiff has not filed any other state or federal lawsuits involving these events.

E. Reason for Complaint

20. On February 20, 2022 the plaintiff & his girlfriend at the time were having a verbal disagreement inside of her apartment which was located at 301 E. 156 st. BX, N.Y. and one of her neighbor's called the police.

21. Once the police arrive they break down the door to get inside the apartment & numercus officer's once inside immediately charged the plaintiff & placed him into handcuffs very violently & placed him in the hallway while they speak to the plaintiff's girlfriend.

[4]

22. While in the girlfriend's hallway the plaintiff hear's his girlfriend tell the girlfriend officer's that were speaking to her that she doesn't wanna press any charges against the plaintiff she just wants him out of her apartment, but the officer's including defendant's Belmore & John Doe. 1 still took it upon themselves to place the plaintiff under arrest, falsify a criminal complaint against him & then charged him with P.L. 140.20 burglary, P.L. 135.05 unlawful imprisonment, P.L. 140.15(1) criminal tresspass & P.L. 140.05 tresspass.

23. Also while the plaintiff was in the hallway he expressed to the officer's & defendant (John Doe. 1) that he was in extreme pain due to the handcuffs being put on as tight as possible & asked them to loosen up the cuffs because the cuffs was cutting off his blood circulation to his hands/extremities only to be denied and argued with about it.

24. During the arguement between the plaintiff & defendant (John Doe. 1), defendant (John Doe. 1) told the plaintiff that "he was gonna make sure that he recieve's "real bullpin therapy", and then the plaintiff was then down stair's, put in a police car and taken to the PSA 7 precinct located in the Bronx.

[5]

25. As an act of retaliation & abuse of authority by government officials, the plaintiff was kept & held hostage inside of a cell for six (6) days from 2/20/22 all the way until 2/26/22 without ever being afforded counsel or brought before a judge to be arraigned within the mandated 24 hour timeframe from the date of the arrest.

26. For the whole six (6) days in question the plaintiff was denied & never afforded a bed to sleep on, a blanket, a pillow, hot food, a change of clothes, under clothes (boxer, socks & T-shirts), toothbrush, toothpaste, mouthwash, deodorant, a shower, a washrag or even a regular phone call.

27. On 2/24/22 the plaintiff was transferred from psa 7 to central bookings & placed in a cell where he was assaulted by defendants (John doe 2,3,4,5,6 & Jane doe 1) & had to be hospitalized due to his injuries that were caused by the above mentioned defendants. (The whole assault of the plaintiff was all captured on video from the cell camera's that records the inside of the cell)

28. After the plaintiff was discharged from the hospital, he was taken back to psa 7 and was held hostage there for two (2) more days. On 2/26/22 which was day six (6), the plaintiff was taken back to central booking's where he finally met with an attorney for the first time & then arraigned.

[6]

29. Soley due to the incident on 2/24/22 inside of the central booking's cell, the plaintiff was given a bail and sent to Riker's island for numerous days until the plaintiff's bail was posted. The plaintiff would never had been sent to Riker's island if defendant BESSE wouldn't lied & falsified a criminal complaint against him (which was later dismissed).

30. Once the plaintiff's bail was posted the defendants (D.O.C., John Doe 8 & 9) purposely delayed the plaintiff's release so that 2 NYPD detectives (defendants John Doe 10 & 11) could wrongfully rearrest & charge the plaintiff with fake criminal charge's.

31. While the plaintiff was in the E.M.T.C intake area waiting to be released is when defendant's (John Doe 10 & 11) approached the plaintiff & told him that he had criminal charge's in Queens N.Y. to answer for, and when the plaintiff asked what were those criminal charge's, he was not told.

32. The plaintiff explained to both officer's defendant's 10 & 11 that it was mathematically impossible for him to have any criminal charge's in the borough of Queens because he hasn't physically been in Queens in over 20 plus year's.

33. Defendant's (John Doe 10 & 11) then proceeded to ask defendants (John Doe 8 & 9) for physical assistance to remove the plaintiff from intake cell area to their unmarked police vehicle in which defendant's (John Doe 8 & 9) complied.

[7]

34. The plaintiff was then beaten bloody & dragged into defendant's (John Doe 10 & 11) personal minivan by defendant's (John Doe 8, 9, 10 & 11). Once the plaintiff was violently thrown into the minivan he was subjected to a further beating & shackled to the seatbelts & other vehicle parts/handles by defendant's (John Doe 10 & 11) & then taken to the 115th Precinct where he was forced to stay overnight & denied medical attention.

35. The next day on or about the first of March 2022 (3/1/22) the plaintiff was taken to the queens courthouse where he was placed in a cell for countless hour's & then just released without ever seeing an attorney or a judge.

## Cause Of Action

36. Upon belief and information, the acts complained of herein were committed by certain police officer's while they were acting in the course of and generals scope of their employment, subject to the direction and controls of there employer and while acting or attempting to act in the interest of their employer, the city of New York, through the New York City police department, thus rendering the city of New York liable for the plaintiff under the principle of respondent superior, by which said defendant as master & employer, was responsible for the act's of it's servants & employee's.

8

37. Defendant's, the city of New York & the department of corrections, there agents, servants and employee's carelessly & recklessly, failed to properly train & supervise there employee's in particular the named defendant's in that they failed to train there employee's how to do there job correctly, **failed** to give them proper instruction as to there deportment, behavior and conduct as representatives of their employer; & in that the defendant's, there agents, servants and employee's were otherwise reckless, careless & negligent. Allowing the defendant's to make up & enforce there own regulations & policies, and having a systematic failure to enforce the defendant's to follow already written policy. Therefore the acts that were **willfully & intentionally** done without just cause **violated** the plaintiff's right's **under** the first, fourth, eighth & fourteenth amendment of the United States **Constitution, and is** liable in the amount of ten million dollars ($10,000,000).

38. Defendant's Bellmore & Besse, willfully & intentionally violated the plaintiff's right's under the first, fourth, eighth & fourteenth amendment of the united state's constitution by falsifying criminal complaint's against the plaintiff and then having him maliciously prosecuted under those falsified complaints.

39. Defendant John Doe 1, willfully & intentionally violated the plaintiff's first, fourth, eighth & fourteenth amendment of the united state's constitution by retaliating against the plaintiff by having him placed inside of cell inside of psa 7 for six (6) days without ever being afforded an attorney or brought before a judge within the mandatory timeframes. And is liable in the amount of ten million dollars ($10,000,000)

9

40. Defendant's Besse, John Doe. 2,3,4,5,6 & Jane Doe. 1, willfully & intentionally violated the plaintiff's right's under the first, fourth, eighth & fourteenth amendment of the United States constitution by assaulting the plaintiff without just cause and causing him the need to be hospitalized due to the injuries that were caused by the above mentioned defendants.

41. Defendant's John Doe 10 & 11, willfully & intentionally violated the plaintiff's right's under the first, fourth, eighth and fourteenth amendment of the United States constitution, by physically assaulting the plaintiff on Riker's island & in there personal ministry, denying him medical attention, leaving him in pain & bloody and by holding him hostage after his bail's posted inside of a courthouse jail cell for countless hours for no legal or logical reasoning.

42. Defendant's John Doe. 8 & 9, willfully & intentionally violated the plaintiff's right's under the first, fourth, eighth & fourteenth amendment of the United States Constitution by purposely delaying the plaintiff's release after his bail was posted and assisting with the assault of the plaintiff that took place in the E.M.T.C. intake cell area by defendant's John Doe 10 & 11. And is liable in the amount of ten million dollar's ($10,000,000)

F. Request for Relief

43. Based upon the numerous causes of action enumerated above, plaintiff seeks the following relief:

10

A) Compensatory damages in the amount of ten million dollars ($10,000,000) from each of the defendant's for the emotional distress, mental anguish and psychological torture that they caused & put the plaintiff through.

B) Punitive Damages in the amount of ten Million dollars ($10,000,000) from each defendant for there willfull, malicious, punitive, discriminatory, arbitrary & capricious conduct against the plaintiff.

C) Plaintiff's costs, attorney fee's and disbursements as a direct result of this action pursuant to 42 U.S.C § 1988;

D) Any other & further relief as this court shall deem just proper and equitable.

E) The plaintiff wishes to have a jury trial.

G. Declaration under penalty of perjury

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) year's in prison and/or a fine of $250,000. See 18 U.S.C. sections 1621, 3571.

Signature: Jamass Fowler

Signed at 3323 Bronchester Ave., Bronx N.Y. 10469 on February 15, 2025.

11