UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMARR FOWLER,<br><br>                             Plaintiff,<br><br>                v.<br><br>THE CITY OF NEW YORK, ET AL.,<br><br>                             Defendants. | 25-CV-1444 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    Plaintiff, proceeding *pro se*, brings this action pursuant to 42 U.S.C. § 1983, alleging that Defendants the City of New York (the "City"), police officers Bilal Belmore and Peter Besse, and certain police and correctional officers whose identities are unknown to Plaintiff violated his federal constitutional rights. On February 28, 2025, this Court issued a *Valentin* Order directing the New York City Law Department to provide the identities, badge numbers, and service addresses of the John and Jane Doe Defendants whom Plaintiff seeks to sue. *See* ECF No. 6.

    On April 25, 2025, the City filed a partial response identifying Lieutenant Jamie Pedraza as John Doe 1, requesting an extension until May 29, 2025 to supplement its response as to John Does 8 and 9, and requesting that the Court direct Plaintiff to provide additional information about the remaining John and Jane Doe defendants. ECF No. 12. The Court granted the City's application, directed Plaintiff to file a supplemental letter, and ordered the City to submit its response to the Court's *Valentin* Order within forty-five days of Plaintiff's submission of his supplemental letter. *See* ECF No. 13.

    As the parties are aware, the Court received Plaintiff's letter providing additional information regarding John Does 2, 3, 4, 5, 6, 7, 10, 11 and Jane Doe 1 on May 28, 2025. ECF No. 18. To date, the City has not filed a supplemental response as to John Does 8 and 9.

No later than Monday, July 14, 2025, the City shall file its response to the Court's prior *Valentin* Order with respect to all John and Jane Doe Defendants. As set forth in this Court's prior orders, Plaintiff must file an amended complaint naming the John and Jane Doe defendants within thirty days of receiving their identities and addresses from the City.

Furthermore, in March and April 2025, Defendants Belmore and the City waived service of process. ECF Nos. 10–11. The Court subsequently relieved these Defendants of their obligation to respond to the complaint until after Plaintiff amends. ECF No. 15. Pending before this Court is the City's request that the Court also relieve Defendant Besse of his obligation to respond to the complaint until after Plaintiff amends it. That application is granted.

Finally, the Clerk of Court is respectfully instructed to issue a summons for Defendant Jamie Pedraza, complete the USM-285 form with the address for this Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service. The Clerk of Court is further directed to mail a copy of this Order and the City's attached letter motion to Plaintiff.

SO ORDERED.

Dated:  June 17, 2025
        New York, New York

                                                    _____
                                                    Ronnie Abrams
                                                    United States District Judge

## SERVICE ADDRESS FOR DEFENDANT

Lieutenant Jamie Pedraza
New York City Police Department 18th Precinct
306 West 54th Street
New York, NY 10019



|  | THE CITY OF NEW YORK | |
| --- | --- | --- |
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **INNA SHAPOVALOVA**<br>*Senior Counsel*<br>Phone: (212) 356-2656<br>Fax: (212) 356-3509<br>inshapov@law.nyc.gov |

June 12, 2025

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: Jamarr Fowler v. City of New York, et al.,
     25 Civ. 01444 (RA)

Your Honor:

  I am a Senior Counsel in the Office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York (hereinafter "Office") and the attorney representing defendant the City of New York ("City") in the above-referenced matter[1]. The undersigned respectfully writes to request that the Court *sua sponte* relieve Defendant Peter Besse of his obligation to respond to the Complaint until after Plaintiff amends pursuant to the Court's April 28, 2025 Order.

  By way of relevant background, Plaintiff, who is proceeding pro se, brings this action, pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, violations of his federal constitutional rights on or about February 20, 2022 to March 1, 2022. Plaintiff names the City of New York, the New York City Department of Corrections ("DOC"), the New York City Police Department ("NYPD"), Officers Bilal Belmore and Peter Besse, NYPD Sergeant Jane Doe, and eleven John Does, who are identified as either members of the NYPD or DOC. Your Honor ordered this Office to "ascertain the identity and badge number of each John and Jane Doe whom Plaintiff seeks to sue here and the address where the defendant may be served." ECF No. 6. The Court further

---

[1] This case has been assigned to Assistant Corporation Counsel Jonathan Klobus, who is awaiting admission to the New York Bar. Mr. Klobus is handling this matter under my supervision and may be reached at (212) 356-2660 or jklobus@law.nyc.gov.

ordered Plaintiff to file an amended complaint within thirty days of receipt of this information, which will completely replace, and not supplement, the initial Complaint. Id. On May 16, 2025, Defendant City requested that the Court relieve it of its obligation to respond to the Complaint until after Plaintiff amends, requested that the Court *sua sponte* relieve Defendant Belmore of his obligation to respond, and provided an updated service address for Defendant Besse. See ECF No. 14. The Court granted Defendant City's request, instructed the Clerk of Court to issue a revised summons for Defendant Besse, and for service to be effectuated on Defendant Besse. See ECF No. 15. Upon information and belief, and upon review of the docket, Defendant Besse was served on May 23, 2025 and his response to the Complaint is due on June 13, 2025. See ECF No. 19.

In light of the foregoing and Plaintiff's forthcoming amended complaint, which will replace, not supplement, the original complaint, Defendant City respectfully requests that the Court *sua sponte* relieve Defendant Peter Besse of his obligation to respond to the Complaint until after Plaintiff amends.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Inna Shapovalova*
*Senior Counsel*
Special Federal Litigation Division

cc:  **VIA FIRST-CLASS MAIL**
Jamarr Fowler
*Plaintiff pro se*
3323 Baychester Ave
Bronx, NY 10469