UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMARR FOWLER,

               Plaintiff,

          v.

THE CITY OF NEW YORK, et al.,

               Defendants.

No. 25-CV-1444 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff, proceeding *pro se*, filed a letter with the Court which was docketed on March 26, 2026, in which he stated that he had not "received any of your judgements, rulings, and/or mandates in the mails," and requesting that "any judgemnets/rulings that you have issued mailed to my address that's on record." Plaintiff further sought "an extension of time to complete anything that was required or mandated me to do in your couple of filings I was never sent."

This case was referred to Magistrate Judge Willis for all pretrial matters. Plaintiff is advised that all pretrial matters shall be raised with Judge Willis. The December 19, 2025 referral order, Magistrate Judge Willis's January 30, 2026 *Valentin* order, and Magistrate Judge Willis's January 30, 2026 order granting an extension of time for Defendants to respond to the Amended Complaint are all attached to this Order.

SO ORDERED.

Dated:      March 27, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge