**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JAMARR FOWLER,

<table>
<tr><td>Plaintiff,</td><td><u>**ORDER**</u></td></tr>
<tr><td>-against-</td><td>**25-CV-1444 (RA) (JW)**</td></tr>
</table>

THE CITY OF NEW YORK et al.,

Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On January 30, 2026, this Court found that Defendants substantially complied with the <u>Valentin</u> Order and gave Plaintiff an opportunity to file a Second Amended Complaint ("SAC") by March 2, 2026 to include both the identified and unidentified Defendants.  Plaintiff did not file a SAC but did file a letter on April 24, 2026 requesting the Court order service.  Dkt. No. 46.  The Court interprets Plaintiff's letter as an indication that he does not wish to file a SAC.

**A. Waiver of Service**

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that Bilal Belmore (Shield No. 004790), Peter Besse (Shield No. 19892), Jamie Pedraza (Lieutenant), Fermin Bueno (Shield No. 10254), Anassa Hutchinson (Lieutenant Tax No. 945420), and Warren Cordero (Detective) waive service of summons.

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Joseph Shavers and John Clynch, waive service of summons.

SO ORDERED.

DATED:    New York, New York
          May 11, 2026

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge