UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMARR FOWLER,

                              Plaintiff,                           **ORDER**

                -against-                              **25-CV-1444 (RA) (JW)**

THE CITY OF NEW YORK et al.,

                              Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

Under Valentin v. Dinkins, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). The New York City Department of Corrections declined to waive service on behalf of former Corrections Officer John Clynch ("Clynch"). It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the NYPD and DOC, must ascertain a residential address where Clynch may be served. The Law Department is to file the address under seal within thirty days of the date of this Order.

Pursuant to the electronic service agreement between the Court and the New York City Department of Correction, the Clerk of Court is directed to electronically notify the New York City Law Department and the New York City Department of Correction of this order.

SO ORDERED.

DATED:    New York, New York
          June 16, 2026

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge