**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JAMARR FOWLER,

Plaintiff,

-against-

THE CITY OF NEW YORK et al.,

Defendant.

---------------------------------------------------------------X

**ORDER**

**25-CV-1444 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The New York City Poliec Department declined to waive service on behalf of Defendant Bilal Belmore. Dkt. No. 52. It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the NYPD and DOC, must ascertain a residential address where Belmore may be served. The Law Department is to file the address under seal within thirty days of the date of this Order.

Pursuant to the electronic service agreement between the Court and the New York City Law Department, the Clerk of Court is directed to electronically notify the New York City Law Department and New York City Police Department of this Order.

SO ORDERED.

DATED: New York, New York
July 17, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge